IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPRESS, INC., ULTA SALON, ) <br> COSMETICS & FRAGRANCE, INC., ) <br> PETSMART, INC., and VICTORIA'S ) <br> SECRET STORES, LLC d/b/a VICTORIA'S ) <br> SECRET, ) <br> ) <br> Defendants. ) | Civil Action No.: _____ |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Motivation Innovations, LLC, declares that it does not have any parent corporation, and no publicly held corporation owns a 10% or greater interest in Motivation Innovations, LLC.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Of Counsel:*

Gregory P. Casimer
Anna B. Folgers
Daniel R. Ferri
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733

*Attorneys for Plaintiff*
*Motivation Innovations, LLC*

Dated: July 12, 2011

{00535437;v1}