IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS, INC., *et al.*,<br><br>Defendants. | Case No. 1:11-cv-00615-SLR<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT VICTORIA'S SECRET STORES, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Victoria's Secret Stores, LLC, by its undersigned counsel, hereby submits its Corporate Disclosure Statement.

Victoria's Secret Stores, LLC is a wholly-owned subsidiary of Limited Brands Store Operations, LLC, which is a wholly-owned subsidiary of Intimate Brands Holding, LLC, which is a wholly-owned subsidiary of Intimate Brands, Inc., which is a wholly-owned subsidiary of Limited Brands, Inc. Limited Brands, Inc. is the only publicly held corporation that directly or indirectly owns 10% or more of Victoria's Secret Stores, LLC.

DATED: September 1, 2011　　　　　Respectfully submitted,

/s/  Sheldon K. Rennie   (#3772)

Sheldon K. Rennie (#3772)
Email: srennie@foxrothschild.com
**Fox Rothschild LLP**
Citizen Bank Center
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Phone: (302) 622-4202
Fax: (302) 656-8920

OF COUNSEL:

John F. Ward
Email: jward@wardzinna.com
Michael J. Zinna
Email: mzinna@wardzinna.com
Patrick R. Colsher
Email: pcolsher@wardzinna.com
Matthew C. Berntsen
Email: mberntsen@wardzinna.com
**WARD & ZINNA, LLC**
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866

*Attorneys for Defendant Victoria's Secret Stores, LLC*