IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-615 (SLR) |
| ) | |
| EXPRESS, INC., ULTA SALON, ) | |
| COSMETICS & FRAGRANCE, INC., ) | |
| PETSMART, INC. and VICTORIA'S ) | |
| SECRET STORES LLC d/b/a VICTORIA'S ) | |
| SECRET, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Express, Inc., Ulta Salon, Cosmetics & Fragrance, Inc., Petsmart, Inc. and Victoria's Secret Stores LLC hereby move to dismiss plaintiff Motivation Innovations, LLC's Complaint. The grounds for this motion are set forth in Defendants' Opening Brief, submitted herewith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY, BOVE, LODGE & HUTZ |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Arthur G. Connolly, III* |
| Jack B. Blumenfeld (#1014) | Arthur G. Connolly, III (#2667) |
| Julia Heaney (#3052) | The Nemours Building |
| Paul Saindon (#5110) | 1007 North Orange Street |
| 1201 North Market Street | P.O. Box 2207 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9141 |
| (302) 658-9200 | aconnollyiii@cblh.com |
| jblumenfeld@mnat.com | |
| jheaney@mnat.com | OF COUNSEL: |
| psaindon@mnat.com | |
| *Attorneys for Ulta Salon, Cosmetics & Fragrance, Inc.* | Ramsey M. Al-Salam |
| | Kevin A. Zeck |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| | Seattle, WA 98101-3099 |
| | (206) 359-8000 |
| | *Attorneys for Petsmart, Inc.* |

FOX ROTHSCHILD LLP

*/s/ Sheldon K. Rennie*

---

Sheldon K. Rennie (#3772)
Citizen Bank Center
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 622-4202
srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
Michael J. Zinna
Patrick R. Colsher
Matthew C. Berntsen
WARD & ZINNA, LLC
380 Madison Avenue
New York, New York 10017
(212) 697-6262
*Attorneys for Defendants Express, Inc. and Victoria's Secret Stores, LLC*

September 1, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Steven J. Balick, Esquire
> Tiffany Geyer Lydon, Esquire
> Andrew C. Mayo, Esquire
> ASHBY & GEDDES

I further certify that I caused copies of the foregoing document to be served on September 1, 2011, upon the following in the manner indicated:

Steven J. Balick, Esquire                                           *VIA ELECTRONIC MAIL*
Tiffany Geyer Lydon, Esquire
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue
8th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff*

Gregory P. Casimer, Esquire                                         *VIA ELECTRONIC MAIL*
Anna B. Folgers, Esquire
Daniel R. Ferri, Esquire
NIRO, HALER & NIRO
181 West Madison Street
Suite 4600
Chicago, IL 60602
*Attorneys for Plaintiff*

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)