IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS, LLC<br><br>**Plaintiff,**<br><br>v.<br><br>EXPRESS, INC., ULTA SALON, COSMETICS & FRAGRANCE, INC., PETSMART, INC., and VICTORIA'S SECRET STORES, LLC d/b/a VICTORIA'S SECRET,<br><br>**Defendants.** | Civil Action No.: 11-00615 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David Lindenbaum, Esquire of Ward & Zinna, LLC, 380 Madison Avenue, New York, New York 10017, to represent Defendants Victoria's Secret Stores, LLC and Express, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Lindenbaum will be sent as required.

Respectfully submitted,

Date: November 8, 2011                By:     /s/ Sheldon K. Rennie
                                      Sheldon K. Rennie (Del. Bar No. 3772)
                                      FOX ROTHSCHILD LLP
                                      919 North Market Street, Suite 1300
                                      Wilmington, Delaware 19801
                                      Phone: (302) 622-4202
                                      Fax: (302) 656-8920
                                      E-mail: srennie@foxrothschild.com

                                      *Attorney for Defendants*
                                      *Victoria's Secret Stores, LLC and Express, Inc.*