IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTIVATION INNOVATIONS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPRESS INC., ULTA SALON )<br>COSMETICS & FRAGRANCE INC., )<br>PETSMART INC. and VICTORIA'S )<br>SECRET STORES LLC, )<br>)<br>Defendant. ) | Civ. No. 11-615-SLR/MPT |

**ORDER**

At Wilmington this 17th day of May, 2012, having considered the Report and Recommendation of United States Magistrate Judge Mary Pat Thynge issued on April 24, 2012, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been filed;

IT IS ORDERED that:

1. Magistrate Judge Thynge's Report and Recommendation (D.I. 27) is accepted.

2. Defendants' motion to dismiss (D.I. 16) is denied and plaintiff's motion to amend (23) is granted.

United States District Judge